321 So.2d 675

**In re Norma J. HENDERSON, Individually, and as Administratrix of the Estate of Hugh Gail Henderson, Deceased**

v.

**NATIONWIDE LIFE INSURANCE CO.**

**Ex parte NATIONWIDE LIFE INSURANCE COMPANY, a corp.**

**SC 1517.**

Supreme Court of Alabama.

Nov. 6, 1975.

Dortch, Wright & Ford, Gadsden, for petitioner.

No appearance for respondent.

MERRILL, Justice.

Petition of Nationwide Life Insurance Company, a Corp., for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Henderson etc. v. Nationwide Life Ins. Co.*, 56 Ala.App. 329, 321 So.2d 671.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.